THOMAS P. O'BRIEN
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
DANIEL LAYTON (SBN 240763)
Assistant United States Attorney
   Room 7211 Federal Building
   300 North Los Angeles Street
   Los Angeles, CA 90012
   Telephone: (213) 894-6165
   Facsimile: (213) 894-0115
   Email: Daniel.Layton@usdoj.gov
Attorneys for United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CV 08-7158 GAF (PLAx) |
| Petitioner, | Order to Show Cause Why Respondent Should Not Be Held in Civil Contempt |
| vs. | |
| IVAN M. FORBES, | Date: **March 23, 2009** |
| Respondent. | Time: **1:30 p.m.** |
| | Location: Hon. Gary A. Feess |
| | Roybal Federal Building and United States Courthouse |
| | Courtroom No. 740 |
| | 255 E. Temple Street |
| | Los Angeles, CA 90012 |

Based on the Application for Order to Show Cause on Civil Contempt, Memorandum of Points and Authorities, and the Declaration in Support, the Court finds that petitioner has established its *prima facie* showing that respondent is in contempt of court for failure to follow the Court's Order Granting Petition to Enforce Internal Revenue Service Summons. See United States v. Brown, 918 F.2d 82, 83-84 (9th Cir. 1990).

Therefore, **IT IS ORDERED** that respondent appear before this District Court of the United States for the Central District of California, at the date, time and address listed above in the

1

1  caption to show cause why respondent should not be held in civil
2  contempt for failure to comply with the Court's order dated
3  December 15, 2008, granting the Petition to Enforce Internal
4  Revenue Service Summons, and incarcerated until respondent has
5  been purged of contempt and complies with the Court's order
6  enforcing the subject IRS summons.

7      **IT IS FURTHER ORDERED** that copies of this Order and the
8  Application for Order to Show Cause on Civil Contempt be served
9  on respondent by personal delivery or certified mail.

10     **IT IS FURTHER ORDERED** that within ten (10) days after
11 service upon Respondent of the herein described documents,
12 respondent shall file and serve a written response, supported by
13 appropriate sworn statements, as well as any desired motions.
14 All allegations in the Application for Order to Show Cause on
15 Civil Contempt, Memorandum of Points and Authorities, and
16 Declaration in Support that is not contested by such responsive
17 pleadings or by sworn statements will be deemed admitted.

19 DATED: February 5, 2009     _____
20                              HON GARY A. FEESS
                                 U.S. DISTRICT COURT JUDGE

22 Respectfully submitted,
   THOMAS P. O'BRIEN
23 United States Attorney
   SANDRA R. BROWN
24 Assistant United States Attorney
25 Chief, Tax Division

27 DANIEL LAYTON
   Assistant United States Attorney
28 Attorneys for United States of America

2